STATE OF KANSAS, *Appellee,* v. MICHAEL SCOTT and REGINALD MC-CALLISTER, *Appellants.*

No. 48,243

Opinion filed December 11, 1976.

*Michael Lerner,* of Barnett and Lerner, Chartered, of Kansas City, argued the cause, and *David J. Heath,* of the same firm, was with him on the brief for the appellants.

*Philip L. Sieve,* chief deputy district attorney, argued the cause, and *Curt T. Schneider,* attorney general, and *Nick A. Tomasic,* district attorney, were with him on the brief for the appellee.

PRAGER, J. Affirmed.


STATE OF KANSAS, *Appellee,* v. TIMOTHY L. DAVIS, *Appellant.*

No. 48,290

Opinion filed December 11, 1976.

*Brett H. Robinson,* Assistant Public Defender, of Topeka, argued the cause, and *William G. Thornton,* Legal Intern to the Public Defender, of Topeka, was with him on the brief for the appellant.

*Gene M. Olander,* District Attorney, argued the cause, and *Curt T. Schneider,* Attorney General, was with him on the brief for the appellee.

*Harry F. Swanger, Esq.,* and *Stella Schoen,* National Juvenile Law Center, Saint Louis University School of Law, St. Louis, Missouri, were on the brief amicus curiae.

FATZER, C. J. Affirmed.


STATE OF KANSAS, *Appellee,* v. EARL G. RAMSEY, *Appellant.*

No. 48,305

Opinion filed December 11, 1976.

*E. Roger Horsky,* of Leavenworth, argued the cause, and was on the brief for the appellant.

*Patrick J. Reardon,* county attorney, argued the cause, and *Curt T. Schneider,* attorney general, was with him on the brief for the appellee.

*Per Curiam.* Affirmed.